UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                Case No. 3:23CR215(SVN)

       v.

DERRICK RIVERA

## RESTITUTION ORDER

### I.  Restitution Liability

#### A.  Restitution Amount

The Defendant, DERRICK RIVERA, shall pay restitution in the amount of $1120.00 pursuant to 18 U.S.C. § 3663A.

☐ This amount includes_____in prejudgment interest.

#### B.  Joint and Several Liability

☐ Restitution is joint and several with defendant(s)

☐ Restitution is joint and several with defendant(s) not presently named.
**-OR-**

☐ The Court has apportioned liability among the defendants to reflect the level of contribution to the victim's loss and the economic circumstances of each defendant.

#### C.  Identification of Victims

Restitution shall be paid to the victim identified in Schedule A attached hereto on a *pro rata* basis, unless otherwise specified in Schedule A.

### II.  Interest (Check One) and Penalties

☑ All interest is waived.

☐ The Defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, unless directed as follows:  N/A.

☑ All penalties are waived by the Government pursuant to 18 U.S.C. § 3612(h).

1

### III.    Time and Method of Payment

Pursuant to 18 U.S.C. §§ 3572 and 3664(f)(2), in consideration of (1) the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; (2) projected earnings and other income of the Defendant; and (3) any financial obligations of the Defendant, including obligations to dependents, the Defendant is hereby ordered to pay restitution in the manner and according to the schedule that follows:

A. A Lump Sum Payment of $ 0    is due and payable immediately.

B. Any remaining balance is due and payable according to the following schedule:

   1. While serving any term of imprisonment, the Defendant

     ☑ shall not be required to make restitution payments; or

     ☐ shall make installment payments as follows:

   2. After completion of the term of imprisonment, the Defendant shall make installment payments as follows:

     $150 per month or 10% of the defendant's gross income per month, whichever is greater.

### IV.    Payment Instructions

The Defendant shall make payment to the Clerk of Court. Payment may be made in the form of cash, check or money order. All payments by check or money order shall be made payable to the "Clerk, United States District Court," and each check shall be delivered to the United States District Court, Attention: Clerk's Office, 141 Church Street New Haven, CT 06510, as required by 18 U.S.C. § 3611. The Defendant shall write the docket number of this case on each check delivered to the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. Payments can be made through Pay.gov, using a checking or savings account (ACH) or credit, debit, and prepaid cards. Before making payments on-line, debtors should self-enroll on the Pay.gov. Instructions on how to self-enroll and make payments on-line are on the court's website at: http://www.ctd.uscourts.gov/payment-information.

The Clerk shall distribute restitution payments to the victim identified in Schedule A filed in connection with this Order in accordance with the District's Standing Order on the Disbursement of Restitution Payments by the Clerk of Court.

### V.    Additional Provisions

2

The Defendant shall notify the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, of any material change in the Defendant's economic circumstances that might affect the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The Defendant shall notify the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, of any change in address.

The Defendant shall apply to any restitution still owed the value of any substantial resources from any source the defendant receives during the period of incarceration, including inheritance, settlement or other judgment in accordance with 18 U.S.C. § 3664(n).

Nothing in this order shall prevent the Bureau of Prisons from implementing restitution payments in accordance with its Inmate Financial Responsibility Program ("IFRP"), 28 U.S.C. § 545.10 et seq. up to the maximum amount permitted under the IFRP guidelines.

It is so ordered.

Dated at Hartford, Connecticut on this 30th day of March, 2026.

Sarala V. Nagala
Digitally signed by Sarala V. Nagala
Date: 2026.03.30 11:45:25 -04'00'

HON. SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE

## **SCHEDULE A**

After receipt of funds, The Clerk's Office shall forward payments via checks written out to the following individuals, with a memo line of "US v. Derrick Rivera Restitution, 3:23-cr-215, D. Conn."

Checks should be sent to the following, on a pro rata basis:

| Name | Address | Amount |
|---|---|---|
| REDACTED | REDACTED | $1,120.00 |

1